# Exhibit B

# FAX COVER SHEET

| | |
|---|---|
| TO | Admin |
| COMPANY | Bion Pharma |
| FAX NUMBER | 16093803311 |
| FROM | Kevin Rierson CoreRx |
| DATE | 2021-11-30 19:49:42 GMT |
| RE | Enalapril |

## COVER MESSAGE

see enclosed letter regarding Enalapril



14205 Myerlake Circle
Clearwater, FL 33760

P: 727-259-6950
F: 727.259.0071

Nath Punji
Bionpharma, Inc.
600 Alexander Road, Suite 2-4B
Princeton, NJ 08540
Fax (609) 380-3311

Dear Nath,

I am writing to you to inform you that as of December 1, 2021, CoreRx will be unable to supply enalapril maleate for Bion's Epaned product. In accordance with section 5.11 of the Master Manufacturing Supply Agreement that addresses Supply Interruptions, CoreRx will work with Bion to secure an alternative source of supply for this product.

I am happy to discuss this further with you at a convenient time.

Best,

Bill Reid



Molecule to Market