# Exhibit D

# BIONPHARMA

## Purchase Order

**Bionpharma Inc.**
**600 Alexander Rd., Suite 2-4B,**
**Princeton,**
**New Jersey - 08540, USA.**

| | | |
|---|---|---|
| **PO No.** | : | **4500001497** |
| **Date** | : | 08/18/2021 |
| **Vendor Address** | : | CoreRx,Inc[100058] <br> 14205 Myer Lake Circle, <br> Clearwater, <br> Florida - 33760, USA. |
| **Contact** | : | (727) 259-6950 |
| **Fax** | : | |
| **Incoterms** | : | - |

**Bill To** : Bionpharma Inc.
600 Alexander Rd., Suite 2-4B,
Princeton,
New Jersey - 08540, USA.

**Ship To** : ▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇

| PO Line No. | Material No. | Description | Due Date | Quantity | UoM | Unit Price | Price UoM | Total |
|---|---|---|---|---|---|---|---|---|
| 10 | 1000537 | ENALAPRIL MALEATE ORAL SOLUTION 1MG/ML <br> NDC No. : 69452023746 | 10/18/2021 | ▇▇ | ▇ | ▇▇ | ▇ | ▇▇ |
| | | | | | | | **Total USD** | ▇▇ |

**Payment Terms :** ▇▇▇

**Comments** :