HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Phone: (212) 513-3200
Fax:    (212) 385-9010

Attorneys for Plaintiff,
Bionpharma, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. <u>1:21-cv-10656</u> |
| CORERX, INC., | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF BIONPHARMA INC.'S**
**<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Plaintiff Bionpharma Inc. (a private, non-governmental entity) certifies that there is no parent corporation and no publicly held corporation which holds 10% or more of Bionpharma Inc.'s stock.

**HOLLAND & KNIGHT LLP**

DATED:  December 13, 2021

By: <u>/s/ *Charles A. Weiss*</u>
Charles A. Weiss
Marisa Marinelli
31 West 52nd Street
New York, NY 10019
(212) 513-3200
Charles.Weiss@hklaw.com
Marisa.Marinelli@hklaw.com
*Attorneys for Plaintiff*
*Bionpharma, Inc.*