UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC., | ) |
| Plaintiff, | ) Case No. 1:21-cv-10656 |
| v. | ) **ORDER TO SHOW CAUSE** |
| | ) **WITH TEMPORARY** |
| CORERX, INC., | ) **RESTRAINTS** |
| Defendant. | ) |

THIS MATTER having been opened to the Court by Holland & Knight LLP, attorneys for plaintiff Bionpharma Inc. ("Bionpharma"), on notice to and in the presence of Buchanan Ingersoll & Rooney PC, attorneys for defendant CoreRx, Inc. ("CoreRx"); by application for a preliminary injunction; and

UPON READING AND FILING of the accompanying Declarations dated December 9, 2021, of Marisa Marinelli, Esq., Venkat Krishnan, and Iltifat Hassan; the Memorandum of Law in Support of Plaintiff Bionpharma's Motion for Preliminary Injunction; as well as the Complaint in this matter, together with all exhibits and attachments thereto;

It is on this _____ day of December, 2021,

ORDERED, that defendant CoreRx show cause before the undersigned on December ____, 2021, at at _____ o'clock, or as soon thereafter as counsel may be heard, why an order should not be issued granting a preliminary injunction directing that CoreRx continue to supply Bionpharma with Bionpharma's requirements of enalapril maleate oral solution (the "Product") in accordance with the terms of the parties' Master Manufacturing Supply Agreement (the "Agreement") and otherwise performing its duties and obligations under the Agreement concerning or related to supply of the Product;

FURTHER ORDERED that CoreRx shall serve and file (the submissions may be under seal if appropriate) any opposition to Bionpharma's motion for a preliminary injunction no later than _____ o'clock on December \_\_\_\_, 2021;

FURTHER ORDERED that Bionpharma shall serve and file (the submissions may be under seal if appropriate) any reply papers in support of its motion no later than _____ o'clock on December \_\_\_\_, 2021;

FURTHER ORDERED that counsel for Bionpharma shall without delay serve a copy of this Order to Show Cause, together with any papers filed in this action that were not already served on them, on counsel for CoreRx;

FURTHER ORDERED that service of papers required by this Order shall be made by e-mail to the parties' respective counsel unless counsel agree to a different method of service;

FURTHER ORDERED, sufficient reason having been shown, that pending resolution of Bionpharma's motion for a preliminary injunction, further Order of the Court, or subsequent agreement between the parties, that CoreRx, its officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with them with actual notice of this Order by personal service or otherwise, shall be and hereby are TEMPORARILY ENJOINED AND RESTRAINED from taking or omitting to take any action that would prevent CoreRx from supplying Product to Bionpharma under the Agreement if the Court were to grant Bionpharma's motion for a preliminary injunction.

_____
United States District Judge