# Exhibit I



November 19, 2021

Bionpharma Inc.
Att: Nath Punji
EVP, Mfg & Supply Chain
600 Alexander Road,
Suite 2-4B
Princeton, NJ 08540

Dear Nath:

Reference is made to that certain Master Development and Manufacturing Supply Agreement dated as of March 24, 2017 with effect from December 1, 2016 (including Amendment No. 1 thereto dated October 13, 2017, the "**Supply Agreement**") entered into by **CoreRx, Inc.**, a Florida corporation having its principal place of business 14205 Myerlake Circle, Clearwater FL 33760 and its Affiliates, (collectively, **"CoreRx"**); and **Bionpharma Inc.**, a corporation incorporated under the laws of Delaware, USA and having its principal place of business at 600 Alexander Road, Unit 2-4B, Princeton, New Jersey, 08540 ("**Bion**").  Capitalized terms used herein but not defined have the meaning assigned to the terms in the Supply Agreement. CoreRx and Bion may be hereinafter collectively referred to as the "**Parties**", and individually as a "**Party**".

As you are aware, pursuant to Section 6.2 of the Supply Agreement, the Parties are entitled to establish the Transfer Price of the Products annually.  The specified terms for FY 2022 are as attached hereto as **Exhibit A** (the "**2022 Transfer Price**"). The 2022 Transfer Price shall take effect as of January 1, 2022, and shall apply to all Firm Orders received by CoreRx from Bion during FY 2022, unless CoreRx receives an alternate pricing proposal from Bion on or before November 30, 2021. Such alternate pricing proposal shall (i) include a transfer price schedule outlining Bion's proposed transfer price for each Product, and (ii) explain with particularity the calculations used to derive the alternate pricing proposal, including calculations of COGS.

Please feel free to contact me with any questions or comments concerning the contents of this letter.

Best regards,

*Hank Nowak*

Hank Nowak
Executive Director, Business Development
CoreRx, Inc.

**EXHIBIT A**



14205 Myerlake Circle, Clearwater, FL 33760, USA www.corerxpharma.com