# Exhibit J



Nov 23 2021

Hank Nowak
Executive Director, Business Development
CoreRx Inc.

Dear Hank,

I write in response to your letter of November 19, 2021, concerning the Master Development and Manufacturing Supply Agreement dated as of March 24, 2017 with effect from December 1, 2016, as amended (the "Multiproduct Agreement"). Although not referred to in your letter, Bion and CoreRx are also parties to a separate Master Manufacturing Supply Agreement entered into in November 2020 for Enalapril Solution (the "Enalapril Agreement").

The pricing proposed by CoreRx under both agreements is untenable under their governing terms. For all products under both agreements, your letter shows that the prices for the active pharmaceutical ingredients ("APIs") remain unchanged from the prior year. However, CoreRx proposes, without explanation, price increases of roughly 100%.

The Multiproduct Agreement provides that the Transfer Price is based on the Cost of Goods (COGS), which in turn is defined as "the amount equal to the <u>documented</u>, out-of-pocket cost associated with manufacturing" each product. But the only documentation CoreRx has provided, i.e., the cost of the API, shows no change from last year.

The Enalapril Agreement provides that the Transfer Price is "the price agreed by the Parties" as specified in the attachment █████████ and "mutually amended from time to time." There is no provision for CoreRx to unilaterally take a price increase, and once again the information you provided shows that the API cost remains unchanged.

The statement in your letter that <u>Bion</u> should "explain with particularity the calculations used to derive" a pricing proposal, "including calculations of COGS," makes no sense, because all the information necessary to determine that is in the control of CoreRx, with the exception of the cost of API, which we know has not changed from last year. It is also contrary to the requirement of the Multiproduct Agreement that COGS are equal to CoreRx's <u>documented</u> manufacturing costs.

Based on the foregoing, Bion's proposal is that the prices for all products under both agreements remain unchanged for 2022. If CoreRx would like to provide documentation that its manufacturing costs have increased, we would of course consider that and discuss with you any adjustments (up or down) that are warranted under the terms of the agreements.

Further, Bion is in the process of either negotiating with API manufacturers or qualifying alternate sources for a lower price. Once the lower price becomes effective, the Transfer Price will have to be accordingly adjusted to reflect the reduction in the API prices.

Best Regards

*[signature]* · 11/23/21 ·

Phanindranath Punji, EVP – Manufacturing, Supply Chain & Projects

600 Alexander Road, Suite 2-4B, Princeton, NJ 08540
www.bionpharma.com