# Exhibit L

# FAX

| Date: | 11/30/2021 |
|---|---|

| Pages including cover sheet: | 2 |
|---|---|

| **To:** | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| *Phone* | |
| *Fax Phone* | *(727) 683-9530* |

| **From:** | Lavesh Samtani |
|---|---|
| | |
| | |
| | |
| | |
| | |
| *Phone* | (609) 380-3310 * 3315 |
| *Fax Phone* | 16093803315 |

**NOTE:**

# BIONPHARMA®

**_By facsimile transmission_**                                                                                                11/30/2021

CoreRx, Inc.
Attn: Bill Reid, Executive Director & Chief Operations Officer
14205 Myerlake Circle
Clearwater, FL 33760
Telecopier: (727) 259-6971

Dear Bill:

I write in response to your fax of November 30, 2021, in which CoreRx states that "it will be unable to supply" Bionpharma's enalapril product as of December 1, 2021. The fax gives no reason for this purported inability, which is inconsistent with the terms of the parties' contract and CoreRx's recent representation that it would have ▮▮▮▮▮▮▮ of product ready for pick up in December.

Bionpharma hereby provides notice pursuant to Section 14.2 of the Master Manufacturing Supply Agreement entered into in November 2020 for enalapril solution (the "Agreement"), of CoreRx's material breach. By way of example but not limitation, CoreRx will be in breach of Section 5.1 ("Subject to the terms and conditions of this Agreement, **_CoreRx shall Manufacture and supply to Bion_**, and Bion shall purchase from CoreRx, Product that is ordered by Bion pursuant to Firm Orders submitted in accordance with this Agreement. **_Product shall be manufactured and supplied by CoreRx_** in accordance with this Agreement and the relevant Firm Order") (emphasis added). As you are aware, Bionpharma has submitted to CoreRx Firm Orders for ▮▮▮▮▮▮▮ of Product, which CoreRx is obligated to Manufacture and supply to Bion.

Your letter fails to provide any basis for the alleged "Supply Interruption," let alone basis sufficient to justify CoreRx's impending material breach.

Bion further invokes Section 16.7 of the Agreement and demands an immediate meeting between senior executives. Bion further demands that CoreRx continue to manufacture and supply the Product pursuant to outstanding Firm Orders to maintain the status quo during any period of dispute resolution. As you know, Bion is currently in its period of generic exclusivity for this product, is utterly reliant on CoreRx for supply, and Bionpharma will be irreparably harmed in the event of any interruption of supply.

Please immediately confirm that CoreRx will continue such manufacture and supply. This notice is sent with full reservation of rights.

Sincerely yours,

Nath Punji,
EVP, Manufacturing & Supply Chain

**600 Alexander Road, Suite 2-4B, Princeton, NJ 08540**
**www.bionpharma.com**