# Exhibit N

**BIONPHARMA**

# Purchase Order

**Bionpharma Inc.**
**600 Alexander Rd., Suite 2-4B,**
**Princeton,**
**New Jersey - 08540, USA.**

**PO No.** : **4500001835**

| | | |
|---|---|---|
| **Date** | : | 12/03/2021 |
| **Vendor Address** | : | CoreRx,Inc[100058]<br>14205 Myer Lake Circle,<br>Clearwater,<br>Florida - 33760, USA. |
| **Contact** | : | (727) 259-6950 |
| **Fax** | : | |
| **Incoterms** | : | - |

**Bill To** : Bionpharma Inc.
600 Alexander Rd., Suite 2-4B,
Princeton,
New Jersey - 08540, USA.

**Ship To** : ▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉
▉▉▉▉▉▉▉

| PO Line No. | Material No. | Description | Due Date | Quantity | UoM | Unit Price | Price UoM | Total |
|---|---|---|---|---|---|---|---|---|
| 10 | 1000537 | ENALAPRIL MALEATE ORAL SOLUTION 1MG/ML<br>NDC No. : 69452023746 | 03/03/2022 | ▉▉▉ | | ▉ | ▉ | ▉▉▉ |
| | | | | | | | **Total USD** | ▉▉▉ |

**Payment Terms :** ▉▉▉

**Comments** :