# Exhibit O

## venkat@bionpharma.com

| | |
|---|---|
| **From:** | venkat@bionpharma.com |
| **Sent:** | Thursday, December 9, 2021 3:08 PM |
| **To:** | 'Ajay Damani' |
| **Subject:** | RE: Materials |

Ajay,

I can understand your position on common excipients but on the ones that are dedicated, it will not be of any use to CoreRx but in turn will facilitate a possible site transfer and possibly reduce the time we will be out of the market given your advice that the supplies from CoreRx will not resume anytime soon. If need be please add the cost of testing these excipients. These excipients are part of the IP of the product as they are dedicated. Please evaluate if you can help us by giving us some quantities.

Will wait to hear from you on Standards and Impurities. Also please confirm if we can pick up ▓▓▓▓▓▓▓▓▓▓ on Monday, 12/12/21?

Regards
venkat

---

**From:** Ajay Damani <Ajay.Damani@corerxpharma.com>
**Sent:** Thursday, December 9, 2021 2:47 PM
**To:** venkat@bionpharma.com
**Subject:** RE: Materials

Venkat,

The other excipients were purchased, tested and validated by CoreRx and are our property. They are not available for transfer to another supplier.

I'm looking into availability of standards and impurities.

Ajay



Ajay Damani
Chief Executive Officer, CoreRx
t.727-259-6950
corerxpharma.com  Ajay.Damani@corerxpharma.com





CONFIDENTIALITY NOTICE: This e-mail message and any attachment to this e-mail message may contain confidential information that may be privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate  his e-mail or any attachments to it. If you have received this e-mail in error, please notify

1

us immediately by return e-mail or by telephone at 727-259-6950 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

**From:** venkat@bionpharma.com <venkat@bionpharma.com>
**Sent:** Thursday, December 9, 2021 1:14 PM
**To:** Ajay Damani <Ajay.Damani@corerxpharma.com>
**Subject:** RE: Materials

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Ajay,

As discussed we are exploring ▇ manufacturing facilities ▇ but these companies want to execute a small batch before confirming if they can manufacture a stable product given the storage conditions.

We would like to pick up some RM and bottles so that these ▇ companies can manufacture a small batch and charge it on stability. Please advise if we can pick up ▇▇▇▇ so that we can have the process started. We will also need ▇▇▇▇ which are not available at these facilities for executing the batches. We will also need the Reference standards and Impurities for testing.

Can you provide the availability of other materials including the standards and impurities ASAP? Also let me know if we can pick up all these material on Monday 12/12/21?

Regards
venkat

**From:** Ajay Damani <Ajay.Damani@corerxpharma.com>
**Sent:** Wednesday, December 8, 2021 5:53 PM
**To:** venkat@bionpharma.com
**Subject:** Materials

Hi Venkat,

Here are our materials for enalapril.





**Ajay Damani**
Chief Executive Officer, CoreRx
t.727-259-6950
corerxpharma.com  Ajay.Damani@corerxpharma.com





CONFIDENTIALITY NOTICE: This e-mail message and any attachment to this e-mail message may contain confidential information that may be privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate  his e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 727-259-6950 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

**venkat@bionpharma.com**

| | |
|---|---|
| **From:** | Bill Reid <Bill.Reid@corerxpharma.com> |
| **Sent:** | Friday, December 10, 2021 4:07 PM |
| **To:** | ghieras@bionpharma.com |
| **Cc:** | Ajay Damani; Nath Punji; venkat@bionpharma.com; Kelli Tucker |
| **Subject:** | RE: Materials for Enalapril |

Still confirming with our Lab how much Imp Std we have, if there is enough to pull and send.

Also, seeing if ▮▮▮▮▮▮▮ can be sampled in time for a Mon (pm) pick-up.  I hope to know later today….




**Bill Reid**
Executive Director, COO, CoreRx
t.727-259-6950
corerxpharma.com  Bill.Reid@corerxpharma.com



CONFIDENTIALITY NOTICE: This e-mail message and any attachment to this e-mail message may contain confidential information that may be privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate  his e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 727-259-6950 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** ghieras@bionpharma.com <ghieras@bionpharma.com>
**Sent:** Friday, December 10, 2021 3:57 PM
**To:** Bill Reid <Bill.Reid@corerxpharma.com>
**Cc:** Ajay Damani <Ajay.Damani@corerxpharma.com>; Nath Punji <nath@bionpharma.com>; venkat@bionpharma.com
**Subject:** RE: Materials for Enalapril

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please see below Bill.



1

Regards,
**Gena Hieras**
Supply Chain – Bionpharma Inc.
T: 609-380-3319

---

**From:** venkat@bionpharma.com <venkat@bionpharma.com>
**Sent:** Friday, December 10, 2021 3:54 PM
**To:** 'Bill Reid' <Bill.Reid@corerxpharma.com>; ghieras@bionpharma.com
**Cc:** 'Ajay Damani' <Ajay.Damani@corerxpharma.com>; 'Phanindranath Punji' <nath@bionpharma.com>
**Subject:** RE: Materials for Enalapril

Hi Bill,

Copying Gena. She will provide the address. The details of the Carrier has been provided to Kelli already. Please confirm that you will also send the Impurities.
Regards
venkat

---

**From:** venkat@bionpharma.com <venkat@bionpharma.com>
**Sent:** Friday, December 10, 2021 12:51 PM
**To:** 'Bill Reid' <Bill.Reid@corerxpharma.com>
**Cc:** 'Ajay Damani' <Ajay.Damani@corerxpharma.com>
**Subject:** RE: Materials for Enalapril

Thanks Bill.

Is there anyway this can be shipped on Monday? I will provide the details today afternoon.

Regards
venkat

---

**From:** Bill Reid <Bill.Reid@corerxpharma.com>
**Sent:** Friday, December 10, 2021 9:43 AM
**To:** venkat@bionpharma.com
**Cc:** Ajay Damani <Ajay.Damani@corerxpharma.com>
**Subject:** RE: Materials for Enalapril

Venkat –

We can send some [redacted] but the [redacted] presents many challenges so sampling and shipping some of that is not an option.

We can send a via or two of Ref Std.   There are no Imp standards required for the analytical method.

If this is all to ship together then plan on pick up Tues.  Also, we need info about shipment (carrier, ship to address, contact, etc)

Regards,

2



**Bill Reid**
Executive Director, COO, CoreRx
t.727-259-6950
corerxpharma.com   Bill.Reid@corerxpharma.com





CONFIDENTIALITY NOTICE: This e-mail message and any attachment to this e-mail message may contain confidential information that may be privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate his e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 727-259-6950 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

**From:** venkat@bionpharma.com <venkat@bionpharma.com>
**Sent:** Thursday, December 9, 2021 6:34 PM
**To:** Bill Reid <Bill.Reid@corerxpharma.com>
**Cc:** Ajay Damani <Ajay.Damani@corerxpharma.com>
**Subject:** RE: Materials for Enalapril

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Bill,

I would also like to pick up the ▓▓▓▓▓▓▓▓▓▓ if possible. We also need the Impurities and standards- Can you please provide some visibility on those too.

Thanks for your assistance.

Regards
venkat

**From:** Bill Reid <Bill.Reid@corerxpharma.com>
**Sent:** Thursday, December 9, 2021 5:06 PM
**To:** venkat@bionpharma.com
**Subject:** Materials for Enalapril

Venkat –

We preparing to have the following ready for pick-up Mon (12/13) afternoon.



Please confirm how it is being shipped, how it needs to be prepared (Palletized, etc) and where it is going to for our documentation.

3

Regards,



**Bill Reid**
Executive Director, COO, CoreRx
t.727-259-6950
corerxpharma.com   Bill.Reid@corerxpharma.com





CONFIDENTIALITY NOTICE: This e-mail message and any attachment to this e-mail message may contain confidential information that may be privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate his e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 727-259-6950 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.