HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Tel: (212) 513-3200
Fax: (212) 385-9010
*Attorneys for Plaintiff,*
*Bionpharma Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC.,<br><br>                    Plaintiff,<br><br>      v.<br><br>CORERX, INC.,<br><br>                    Defendant. | Case No. 1:21-cv-10656 |

## DECLARATION OF ILTIFAT HASAN
## IN SUPPORT OF
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Iltifat Hasan, declare as follow:

1.      I am Vice President - Quality at Bionpharma Inc. I have been with Bionpharma since January 2016. My responsibilities include oversight of issues relating to the quality of Bionpharma's products.

2.      I have personal knowledge of the following facts.

3.      As part of my responsibilities, I am responsible for ensuring the quality of Bionpharma's enalapril maleate oral solution product ("Product"). In the event of any issue that relates to the quality of the Product, I would, with the assistance of others, determine Bionpharma's response.

4.      I am aware that an important customer told Bionpharma in a phone call that it was concerned about the continued availability of Product, because it had heard rumors of a supply interruption or possible recall of the Product, but declined to provide the source of the rumors.  However, getting a call like that from any customer is very unusual, and quite alarming.

5.      On December 2, 2021, I called and spoke with Eric Primelles at CoreRx, who is the person at CoreRx I usually interact with concerning quality control issues.  His title at CoreRx is Director of Quality Control.  I asked Eric if there were any quality problems with the Product and that commercially distributed Product samples were being tested within the stipulated period.  He assured me there were no quality problems nor were there any open laboratory investigations and all results continue to meet specifications.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 9. 2021

Iltifat Hasan

12-09-2021

2