UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIONPHARMA INC.,

            Plaintiff,

v.

CORERX, INC.,

            Defendant.

Case No. 1:21-cv-10656

## CERTIFICATE OF SERVICE

    I hereby certify that, on the 13th day of December 2021, I caused true and correct copies of the foregoing:

- Complaint, and exhibits A-E thereto;
- Civil Cover Sheet;
- Plaintiff Bionpharma Inc.'s Rule 7.1 Corporate Disclosure Statement;
- Request for Issuance of Summons;
- Notice of Motion to Seal;
- Memorandum of Law in Support of Motion to Seal Portions of Plaintiff's Motion for Preliminary Injunction and Supporting Declaration and Exhibits;
- Declaration of Marisa Marinelli, Esq. in Support of Plaintiff Bionpharma's Motion to Seal;
- [Proposed] Order Granting Plaintiff's Motion to Seal;
- Order to Show Cause with Temporary Restraints;
- Plaintiff Bionpharma's Brief in Support of Motion for Preliminary Injunction;
- Declaration of Venkat Krishnan in Support of Plaintiff Bionpharma Inc.'s Motion for Preliminary Injunction, and Exhibits F-O thereto;
- Declaration of Marisa Marinelli, Esq. in Support of Plaintiff Bionpharma's Application for Order to Show Cause with Temporary Restraints and Motion for Preliminary Injunction, and Exhibit P thereto;
- Declaration of Iltifat Hasan in Support of Plaintiff's Motion for Preliminary Injunction.

to be filed with the Southern District of New York ECF system.

I further certify that I caused true and correct copies of the foregoing to be served upon counsel for Defendant via email at:

    Peter S. Russ
    peter.russ@bipc.com

    Rajiv Khanna
    rajiv.khanna@bipc.com

    Matthew L. Fedowitz
    matthew.fedowitz@bipc.com

                                                  */s/ Charles A. Weiss*

                                                  Charles A. Weiss