UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BIONPHARMA INC.,

                        Plaintiff,

    -against-

CORERX, INC.,

                        Defendant.
------------------------------------------------------------X

Civil Action No. 1:21-cv-10656-JGK

**NOTICE OF APPEARANCE OF PETER S. RUSS**

**TO:   CLERK OF THE COURT AND ALL COUNSEL**

PLEASE TAKE NOTICE that Peter S. Russ, an attorney with Buchanan Ingersoll & Rooney PC, hereby appears as counsel of record for Defendant CORERX, INC., in the within action, and demands that all pleadings and documents be served upon the undersigned at the office and post office address stated below, and all electronically filed documents be transmitted by electronic mail to the address below.

DATED: New York, New York
             December 14, 2021

BUCHANAN INGERSOLL & ROONEY PC

BY:      /s/ Peter S. Russ
        PETER S. RUSS

640 Fifth Avenue, 9th Floor
New York, New York 10019-6102
Attorneys for *Defendant CORERX, INC.*
Telephone (212) 440-4400
Fax (212) 440-4401
e-mail:  peter.russ@bipc.com