## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2021, I caused to be electronically filed the foregoing Notice of Appearance of Peter S. Russ with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's CM/ECF System.

DATED: New York, New York
December 14, 2021

/s/ Peter S. Russ
Peter S. Russ