UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BIONPHARMA INC.,

                 Plaintiff,

    -against-

CORERX, INC.,

                 Defendant.

-----------------------------------------------------------------X

Civil Action No. 1:21-cv-10656-JGK

**NOTICE OF APPEARANCE OF
JACQUELINE M. WEYAND**

**TO:   CLERK OF THE COURT AND ALL COUNSEL**

PLEASE TAKE NOTICE that Jacqueline M. Weyand, an attorney with Buchanan Ingersoll & Rooney PC, hereby appears as counsel of record for Defendant CORERX, INC., in the within action, and demands that all pleadings and documents be served upon the undersigned at the office and post office address stated below, and all electronically filed documents be transmitted by electronic mail to the address below.

DATED:  New York, New York
         December 14, 2021

                 BUCHANAN INGERSOLL & ROONEY PC

       BY:      /s/ Jacqueline M. Weyand
                 JACQUELINE M. WEYAND

                 640 Fifth Avenue, 9th Floor
                 New York, New York 10019-6102
                 Attorneys for *Defendant CORERX, INC.*
                 Telephone (212) 440-4400
                 Fax (212) 440-4401
                 e-mail:  jacqueline.weyand@bipc.com