## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC., <br><br> Plaintiff, <br><br> v. <br><br> CORERX, INC., <br><br> Defendant. | Case No.: 1:21-cv-10656-JGK <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Marisa Marinelli, of Holland & Knight LLP, hereby appears on behalf of Plaintiff, Bionpharma Inc., in the above-captioned action and respectfully requests that she be electronically served (at her email address listed below) with a copy of all future submissions to the Court.

Dated:  December 14, 2021
         New York, NY

/s/ Marisa Marinelli
Marisa Marinelli
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY  10019
marisa.marinelli@hklaw.com
Tel:  (212) 513-3239
Fax:  (212) 385-9010

#153549899_v1