UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BIONPHARMA INC. | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:21-cv-10656 |
| v. | ) ) ) | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION TO SEAL** |
| CORERX, INC., | ) ) | |
| Defendant. | ) ) | |

Upon the motion of Plaintiff, Bionpharma Inc., for an order permitting the filing of (i) specific portions of Plaintiff Bionpharma's Brief in Support of Motion for Preliminary Injunction, (ii) specific portions of the Declaration of Venkat Krishnan in support of Plaintiff's Motion for Preliminary Injunction, (iii) specific portions of Exhibits F, I, J, L, M, N, and O to the Declaration of Venkat Krishnan, and (iv) specific portions of the Declaration of Marisa Marinelli, Esq. in Support of Plaintiff Bionpharma's Application for Order to Show Cause with Temporary Restraints, and Motion for Preliminary Injunction, under seal, and upon review of the Memorandum of Law in support thereof, it is hereby:

**ORDERED** that Plaintiff's Motion to Seal is **GRANTED**, and it is

**FURTHER ORDERED** that the (i) specific portions of Plaintiff Bionpharma's Brief in Support of Motion for Preliminary Injunction, (ii) specific portions of the Declaration of Venkat Krishnan in support of Plaintiff's Motion for Preliminary Injunction, (iii) specific portions of Exhibits F, I, J, L, M, N, and O to the Declaration of Venkat Krishnan, and (iv) specific portions of the Declaration of Marisa Marinelli, Esq. in Support of Plaintiff Bionpharma's Application for

Order to Show Cause with Temporary Restraints, and Motion for Preliminary Injunction shall remain redacted in the public record of this case.

DATED:

12/14/21

_____
UNITED STATES DISTRICT JUDGE