UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIONPHARMA INC.,

              Plaintiff,

- against -

CORERX, INC.,

              Defendant.

21-cv-10656 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As stated at the conference held today, a conference is scheduled for December 16, 2021 at 3:00 p.m. The parties may access the conference using the following dial-in: 888-363-4749, with access code 8140049.

The parties are directed to submit joint or separate letters addressing the matters raised at the conference held today by December 15, 2021 at 2:00 p.m.

SO ORDERED.

Dated:    New York, New York
            December 14, 2021

                                            John G. Koeltl
                                       United States District Judge