```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

**BIONPHARMA INC.,**

            **Plaintiff,**

    - against -

**CORERX, INC.,**

            **Defendant.**

───────────────────────────────────

21-cv-10656 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The time to submit joint or separate letters addressing the matters raised at the December 14, 2021 conference is extended to December 15, 2021 at 5:00 p.m.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **December 15, 2021**            /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                       **United States District Judge**