UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC., <br><br> Plaintiff, <br><br> v. <br><br> CORERX, INC., <br><br> Defendant. | Case No. 1:21-cv-10656 |

### CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December 2021, I caused a true and correct copies of the foregoing documents to be filed with the Southern District of New York ECF system:

- Defendant CoreRx, Inc.'s Brief in Opposition to Plaintiff Bionpharma, Inc.'s Motion for Preliminary Injunction;

- Declaration of Ajay Damani in Opposition to Plaintiff Bionpharma, Inc.'s Motion for Preliminary Injunction; and

- Expert Declaration of Ivan T. Hoffman, and Exhibits 1-22 thereto.

Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's CM/ECF System.

/s/ Peter R. Russ
Peter R. Russ