UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC., <br><br> Plaintiff, <br><br> v. <br><br> CORERX, INC., <br><br> Defendant. | Case No. 1:21-cv-10656-JGK |

**NOTICE OF MOTION TO INTERVENE BY AZURITY PHARMACEUTICALS TO MOVE FOR RECONSIDERATION OF OR APPEAL ORDER <u>GRANTING INJUNCTIVE RELIEF</u>**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Amit M. Patel dated February 1, 2022, Declaration of Eli B. Richlin dated February 1, 2022 and exhibits thereto, Memorandum of Law and all papers and proceedings heretofore had herein, the undersigned counsel for Intervenor Azurity Pharmaceuticals, Inc. ("Azurity") will move this Court, before Hon. Judge John G. Koeltl, at such a date and time as the Court determines, for (a) an order pursuant to Fed. R. Civ. P. 24 permitting Azurity to intervene in this proceeding for the purpose of moving to reconsider or appeal this Court's Order dated January 27, 2022, granting Bionpharma's motion for a preliminary injunction (ECF No. 50), and (b) reconsideration of this Court's Order dated January 27, 2022, granting Bionpharma's motion for a preliminary injunction (ECF No. 50) and, upon reconsideration, vacating the Order and denying the motion.

| | |
|---|---|
| Dated: February 2, 2022 | Respectfully submitted,<br><br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>*s/ Eli B. Richlin*<br>Eli B. Richlin<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>erichlin@wsgr.com<br><br>*Counsel for Intervenor Azurity Pharmaceuticals, Inc.* |