```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

BIONPHARMA INC.,

                Plaintiff,              21-cv-10656 (JGK)

     - against -                ORDER

CORERX, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court has signed the proposed preliminary injunction proposed by Bionpharma. The additional conditions proposed by CoreRx, Inc. exceed the terms of the preliminary injunction ordered by the Court. To the extent that there are disputes concerning prices, delivery dates, or the scope of the indemnification provided for in the Agreement, the parties should comply with the Agreement, as provided for in the proposed preliminary injunction. To the extent that there are any further disputes, the parties should follow the dispute resolution procedures contained in the Agreement in the first instance.

SO ORDERED.

Dated:    New York, New York
            February 4, 2022

                                                      */s/ John G. Koeltl*
                                                       John G. Koeltl
                                          United States District Judge