UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIONPHARMA INC.,

               Plaintiff,          21-cv-10656 (JGK)

   - against -               ORDER

CORERX, INC.,

               Defendant.

---

JOHN G. KOELTL, District Judge:

As discussed during today's conference, the plaintiff's response to Azurity Pharmaceuticals, Inc.'s motion to intervene and for reconsideration, ECF No. 66, is due on **February 11, 2022**. The plaintiff's response to Azurity Pharmaceuticals, Inc.'s motion to seal, ECF No. 63, is also due on **February 11, 2022**. Replies are due on **February 15, 2022**.

The Clerk of Court is requested to close Letter Motion No. 76 to expedite the briefing schedule.

SO ORDERED.

Dated:    New York, New York
          February 4, 2022

                                         John G. Koeltl
                                United States District Judge