UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

BIONPHARMA INC.,

                 Plaintiff,           21-cv-10656 (JGK)

     - against -                   ORDER

CORERX, INC.,
                Defendant.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The plaintiff should respond to the defendant's motion to stay, ECF No. 82, by **February 11, 2022**. The defendant should reply by **February 15, 2022**.

SO ORDERED.

Dated:    New York, New York
           February 8, 2022

                                                _____
                                                    John G. Koeltl
                                             United States District Judge