UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BIONPHARMA INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:21-10656-JGK |
| v. | ) ) ) | **STIPULATION AND [PROPOSED] ORDER** |
| CORERX, INC., | ) ) | **GRANTING DEFENDANT'S LETTER MOTION FOR LEAVE** |
| Defendant. | ) ) | **TO FILE COPY OF AGREEMENT (D.I. 54) AND LIFTING SEAL ON FILINGS** |

Subject to the Court's approval, plaintiff Bionpharma Inc. ("Bionpharma") and defendant CoreRx, Inc. ("CoreRx") stipulate and agree as follows:

Whereas, CoreRx filed a letter motion for leave to file a copy of an agreement between itself and non-party Azurity Pharmaceuticals, Inc. ("Azurity"), on January 27, 2022 (D.I. 54);

Whereas, CoreRx filed its letter motion and such agreement (D.I. 54-1) under seal;

Whereas, non-party Azurity also filed a copy of the same agreement in support of its motion to intervene filed on February 2, 2022 (D.I. 66);

Whereas, the parties and Azurity have addressed the subject matter of the agreement on the record with the Court;

Whereas, in order to resolve CoreRx's letter motion, CoreRx and Bionpharma have agreed that: (i) Bionpharma will not oppose CoreRx's motion for leave to file the agreement, and (ii) CoreRx will no longer seek to have its filing sealed;

Now therefore, subject to the Court's approval, the parties stipulate and agree as follows:

1. CoreRx's letter motion for Leave to File Copy of Agreement (D.I. 54) shall be and hereby is GRANTED as unopposed; and

2. CoreRx's filing (D.I. 54 and 54-1) shall be and hereby is UNSEALED, and the Clerk of Court is directed to lift the seal on such filings.

HOLLAND & KNIGHT LLP

Attorneys for Plaintiff,
Bionpharma Inc.

By: _____
CHARLES A. WEISS

BUCHANAN INGERSOLL & ROONEY PC

Attorneys for Defendant,
CoreRx, Inc.

By: _____*
JACQUELINE M. WEYAND

*Ms. Weyand's signature affixed by Charles Weiss as authorized by her via e-mail

DATED: February 10, 2022

SO ORDERED:

_____
JOHN G. KOELTL, U.S.D.J.