UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC., <br><br>                          Plaintiff, <br><br> v. <br><br> CORERX, INC., <br><br>                          Defendant. | Case No. 1:21-cv-10656-JGK <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING IN PART AZURITY'S MOTION TO SEAL AND <u>LIFTING SEAL ON FILINGS</u>** |

Subject to the Court's approval, plaintiff Bionpharma Inc. ("Bionpharma") and intervenor Azurity Pharmaceuticals, Inc. ("Azurity") stipulate and agree as follows:

WHEREAS, on February 2, 2022, Azurity filed a motion to intervene for purposes of addressing the preliminary injunction entered by the Court (ECF Nos. 66-71), and moved to seal certain documents submitted in connection with its motion to intervene (ECF Nos. 63-65);

WHEREAS, in order to resolve Azurity's motion to seal, Bionpharma and Azurity have agreed that (i) Azurity will no longer seek to maintain sealing as to Exhibits 7 and 14 to the Declaration of Eli B. Richlin, dated February 2, 2022; (ii) the publicly filed Declaration of Amit M. Patel in Support of Azurity's Motion to Intervene (the "Patel Declaration") will include only the revised redactions contained in the attached Exhibit; (iii) Azurity will publicly file a new version of its Motion to Intervene with revised redactions no later than February 16, 2022; and (iv) Bionpharma will not oppose Azurity's motion to seal as to the Patel Declaration and Azurity's Motion to Intervene;

NOW THEREFORE, subject to the Court's approval, the parties stipulate and agree as follows:

Case 1:21-cv-10656-JGK   Document 91   Filed 02/11/22   Page 2 of 2

1.  Exhibits 7 and 14 to the Declaration of Eli B. Richlin, dated February 2, 2022, shall be and are hereby UNSEALED, and the Clerk of the Court is directed to lift the seal on such filings; and

2.  Azurity's Motion to Seal (ECF No. 63) is otherwise GRANTED as unopposed.

| HOLLAND & KNIGHT LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
|---|---|
| *Attorneys for Plaintiff* <br> *Bionpharma Inc.* | *Attorneys for Intervenor* <br> *Azurity Pharmaceuticals, Inc.* |
| By: _____ <br> CHARLES A. WEISS* | By: _____ <br> ELI B. RICHLIN |

*Mr. Weiss' signature affixed by Eli B. Richlin as authorized

DATED: February 11, 2022

SO ORDERED:

_____
THE HONORABLE JOHN G. KOELTL, U.S.D.J.

2