HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Phone: (212) 513-3200
Fax:     (212) 385-9010

Attorneys for Plaintiff,
Bionpharma Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC., <br><br> Plaintiff, <br><br> v. <br><br> CORERX, INC., <br><br> Defendant. | Civil Action No. 21-10656-JGK |

### DECLARATION OF CHARLES WEISS IN OPPOSITION TO THIRD PARTY AZURITY PHARMACEUTICALS, INC.'S MOTION TO INTERVENE

Charles Weiss, hereby declares as follows:

I am an attorney at law of the State of New York and a member of Holland & Knight LLP, attorneys for plaintiff Bionpharma.

1. Annexed hereto as **Exhibit 1** is a copy of portions of a hearing transcript in *Azurity Pharmaceuticals, Inc. v. Annora Pharma Pvt. Ltd.*, Civil Action No. 21-196-LPS (D. Del.).

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 11, 2022           _/s/ Charles A. Weiss_
                                                     CHARLES A. WEISS

#154210041_v2