HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Phone: (212) 513-3200
Fax:    (212) 385-9010

Attorneys for Plaintiff,
Bionpharma Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-10656-JGK |
| ) | |
| CORERX, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF CHARLES WEISS IN OPPOSITION TO DEFENDANT CORERX'S MOTION (D.I. 82) FOR STAY OF INJUNCTION PENDING APPEAL**

Charles Weiss, hereby declares as follows:

I am an attorney at law of the State of New York and a member of Holland & Knight LLP, attorneys for plaintiff Bionpharma.

1.  Annexed hereto as **Exhibit 1** is a copy of portions of a hearing transcript in *Azurity Pharmaceuticals, Inc. v. Annora Pharma Pvt. Ltd.*, Civil Action No. 21-196-LPS (D. Del.).

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 11, 2022            _/s/ Charles A. Weiss_____
                                          CHARLES A. WEISS

#154210041_v2