UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC.,<br><br>               Plaintiff,<br><br>v.<br><br>CORERX, INC.,<br><br>               Defendant. | Civil Action No. 21-10656-JGK |

### CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I caused the following papers:

- Plaintiff Bionpharma's Brief in Opposition to Defendant CoreRx's Motion (D.I. 82) for Stay of Injunction Pending Appeal;

- Declaration of Charles Weiss in Opposition to Defendant CoreRx's Motion (D.I. 82) for Stay of Injunction Pending Appeal;

- Plaintiff Bionpharma's Brief in Opposition to Third Party Azurity Pharmaceuticals, Inc.'s Motion to Intervene; and

- Declaration of Charles Weiss in Opposition to Third Party Azurity Pharmaceuticals, Inc.'s Motion to Intervene.

to be served on counsel for defendant by operation of the Court's ECF system.

DATED:  February 11, 2022

                                                      /s/ Charles A. Weiss_____

                                                      CHARLES A. WEISS