UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIONPHARMA INC.,

                Plaintiff,           21-cv-10656 (JGK)

    - against -                 ORDER

CORERX, INC.,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit courtesy copies of the papers filed in connection with Azurity's motion to intervene and CoreRx's motion to stay. <u>See</u> Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
            February 17, 2022

                                        John G. Koeltl
                                United States District Judge