UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIONPHARMA INC.,

              Plaintiff,        21-cv-10656 (JGK)

   - against -              ORDER

CORERX, INC.,

              Defendant.

JOHN G. KOELTL, District Judge:

    CoreRx is directed to submit courtesy copies of the papers filed in connection with its motion to stay. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
            February 22, 2022

                                        John G. Koeltl
                                United States District Judge