UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC., <br><br> Plaintiff, <br><br> v. <br><br> CORERX, INC., <br><br> Defendant. | Case No. 1:21-cv-10656-JGK <br><br> [~~PROPOSED~~] ORDER GRANTING INTERVENOR AZURITY PHARMACEUTICALS, INC.'S MOTION TO SEAL |

Upon the motion of Intervenor Azurity Pharmaceuticals, Inc. ("Azurity"), for an order permitting the filing under seal of ~~(i) the settlement agreement entered into between Defendant CoreRx, Inc. and Azurity relating to the actions *Azurity Pharmaceuticals, Inc. v. CoreRx, Inc.*, No. 8:21-cv-02515-VMC-SPF (M.D. Fla. filed Oct. 26, 2021), and *Azurity Pharmaceuticals, Inc. v. CoreRx, Inc.*, No. 1:21-cv-01522-LPS (D. Del. filed Oct. 27, 2021);~~ (ii) the Enalapril Liquid Market Data (Trx) dated from December 18, 2018 to January 14, 2022; (iii) the Declaration of Amit M. Patel in Support of Azurity Pharmaceuticals, Inc.'s Motion to Intervene; and (iv) the accompanying Motion to Intervene submitted therewith, and upon review of the Memorandum of Law and Declaration of Eli B. Richlin in support of such motion, it is hereby:

**ORDERED** that Azurity's Motion to Seal is **GRANTED**, and it is

**FURTHER ORDERED** that the ~~Litigation Settlement Agreement,~~ Enalapril Market Data, Patel Declaration, and Motion to Intervene shall remain redacted in the public record of this case.

Dated: 2/26/22

HON. JOHN G. KOELTL, U.S.D.J.