UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIONPHARMA INC.,

              Plaintiff,          21-cv-10656 (JGK)

  - against -                ORDER

CORERX, INC.,
              Defendant.

JOHN G. KOELTL, District Judge:

    CoreRx's motion to seal portions of its brief in opposition to Bionpharma's motion for a preliminary injunction and its supporting declaration and exhibits, ECF No. 29, is **granted**.

    CoreRx's motion to seal its letter motion to supplement the arguments made in opposition to the motion for a preliminary injunction and the exhibit attached thereto, ECF No. 51, is **denied** as moot. The letter and the exhibit are already unsealed by virtue of the stipulation & order entered into by Bionpharma and CoreRx. ECF No. 89.

SO ORDERED.

Dated:    New York, New York
          February 24, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge