S.D.N.Y. – N.Y.C.<br>
21-cv-10656<br>
Koeltl, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of March, two thousand twenty-two.

Present:
>	Dennis Jacobs,
>	Richard C. Wesley,
>	Steven J. Menashi,
>		*Circuit Judges*.

Bionpharma Inc.,

>	*Plaintiff-Appellee*,

     v.                                                          22-354 (L)<br>
                                                                              22-374 (Con)

CoreRx, Inc.,

>	*Defendant-Appellant*,

Azurity Pharmaceuticals, Inc.,

>	*Intervenor-Appellant*.

> USDC SDNY<br>
> DOCUMENT<br>
> ELECTRONICALLY FILED<br>
> DOC #: _____<br>
> DATE FILED: **March 16, 2022**

      Appellants move for a stay of the preliminary injunction issued by the District Court. Appellee moves for (1) judicial notice and (2) leave to file an oversized opposition to the Appellants' motions. Upon due consideration, it is hereby ORDERED that the Appellee's motions for judicial notice and for leave to file an oversized opposition are GRANTED and the Appellants' motions for a stay are DENIED. Appellants have not demonstrated that a stay is warranted. *Nken v. Holder*, 556 U.S. 418, 434 (2009); *In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007).

                                                              FOR THE COURT:<br>
                                                              Catherine O'Hagan Wolfe, Clerk of Court

A True Copy<br>
Catherine O'Hagan Wolfe, Clerk<br>
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*                                             *[signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 03/16/2022