UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------

BIONPHARMA INC.,

                    Plaintiff,                    21-cv-10656 (JGK)

        - against -                               ORDER

CORERX, INC.,

                    Defendant.

-----------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

April 15, 2022.

SO ORDERED.

Dated:      New York, New York
            March 31, 2022

                                    _____
                                        John G. Koeltl
                                    United States District Judge