UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------

BIONPHARMA INC.,

              Plaintiff,          21-cv-10656 (JGK)

    - against -                ORDER

CORERX, INC.,
              Defendant.
--------------------------------

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 17, 2022 at 4:00 p.m. is canceled.

SO ORDERED.

Dated:    New York, New York
         May 13, 2022

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                              United States District Judge