UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIONPHARMA INC.,

                Plaintiff,          21-cv-10656 (JGK)

    - against -                ORDER

CORERX, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    Bionpharma Inc. should respond to the motion to stay, ECF No. 140, by **June 14, 2022**. CoreRx, Inc. may reply by **June 17, 2022**.

SO ORDERED.

Dated:    New York, New York
           June 8, 2022

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                      United States District Judge