# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC.,<br><br>            Plaintiff,<br><br>       v.<br><br>CORERX, INC.,<br><br>            Defendant. | Case No. 1:21-cv-10656<br><br>NOTICE OF DEPOSITION OF JEFF EDWARDS |

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, Bionpharma Inc., ("Bionpharma"), by and through its attorneys, will take the deposition upon oral examination of Jeff Edwards on January 30, 2023 at 9:30 am EST at the offices of Holland & Knight LLP, 31 West 52nd Street, New York, NY 10019.  The deposition will be recorded by video and stenographic means and will be taken before a notary public or other person qualified to administer oaths.  The deposition will continue from day to day thereafter until completed.

Respectfully submitted,

Dated: January 20, 2023
        New York, New York

HOLLAND & KNIGHT LLP

/s/ Charles A. Weiss
Charles Weiss, Esq.
Marisa Marinelli, Esq.
31 West 52nd Street
New York, New York 10019
(212) 513-3551
Charles.Weiss@hklaw.com
Marisa.Marinelli@hklaw.com

*Attorneys for Plaintiff*
*Bionpharma Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2023, a true and accurate copy of the above and foregoing copy of Plaintiff Bionpharma Inc.'s Notice of Deposition of Jeff Edwards was served via e-mail on counsel for Defendant:

Mark Robertson
Matthew Niss
Anthony Lauriello
Robin Adelstein
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019

*Attorneys for Defendant*

                                                     */s/ Charles A. Weiss*
                                                     Charles Weiss, Esq.
                                                     Marisa Marinelli, Esq.
                                                     HOLLAND & KNIGHT LLP
                                                     31 West 52nd Street
                                                     New York, New York 10019
                                                     (212) 513-3551
                                                     Charles.Weiss@hklaw.com
                                                     Marisa.Marinelli@hklaw.com

                                                     *Attorneys for Plaintiff Bionpharma Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>CORERX, INC.,<br><br>  Defendant. | Case No. 1:21-cv-10656<br><br>**NOTICE OF DEPOSITION OF VERN DAVENPORT** |

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, Bionpharma Inc., ("Bionpharma"), by and through its attorneys, will take the deposition upon oral examination of Vern Davenport on January 30, 2023 at 9:30 am EST at the offices of Holland & Knight LLP, 31 West 52nd Street, New York, NY 10019.  The deposition will be recorded by video and stenographic means and will be taken before a notary public or other person qualified to administer oaths.  The deposition will continue from day to day thereafter until completed.

Respectfully submitted,

Dated: January 20, 2023
       New York, New York

HOLLAND & KNIGHT LLP

*/s/ Charles A. Weiss*
Charles Weiss, Esq.
Marisa Marinelli, Esq.
31 West 52nd Street
New York, New York 10019
(212) 513-3551
Charles.Weiss@hklaw.com
Marisa.Marinelli@hklaw.com

*Attorneys for Plaintiff*
*Bionpharma Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2023, a true and accurate copy of the above and foregoing copy of Plaintiff Bionpharma Inc.'s Notice of Deposition of Vern Davenport was served via e-mail on counsel for Defendant:

Mark Robertson
Matthew Niss
Anthony Lauriello
Robin Adelstein
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019

*Attorneys for Defendant*

    /s/ Charles A. Weiss
Charles Weiss, Esq.
Marisa Marinelli, Esq.
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3551
Charles.Weiss@hklaw.com
Marisa.Marinelli@hklaw.com

*Attorneys for Plaintiff Bionpharma Inc.*