# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC.,<br>            Plaintiff,<br><br>v.<br><br>CORERX, INC.,<br>            Defendant. | Case No. 1:21-CV-10656-JGK |

### DECLARATION OF VERN DAVENPORT

I, Vern Davenport, state the following under penalty of perjury:

1. I am a member of the board of directors of CoreRx, Inc. ("CoreRx"). I joined the CoreRx Board subsequent to an acquisition of the majority of the stock of CoreRx by a fund affiliated with NovaQuest Capital Management in January 2021.

2. I am a member of the board of directors of Azurity Pharmaceuticals, Inc. ("Azurity").

3. I have not been, and am not currently, involved in the daily management of CoreRx or Azurity. I did not make any decision about or provide any recommendation related to whether CoreRx should or should not (a) manufacture enalapril maleate oral liquid solution for, (b) sell enalapril maleate oral liquid solution to, or (c) stop manufacturing and selling enalapril maleate oral liquid solution for and to Bionpharma Inc. ("Bionpharma").

4. I had no advance knowledge that Azurity was planning to file any lawsuit against CoreRx. I did not learn about the lawsuit filed by Azurity against CoreRx in October 2021 until after Azurity filed the lawsuit. I did not learn about the lawsuit filed by Azurity against CoreRx in April 2022 until after Azurity filed the lawsuit.

5. After Azurity filed its lawsuit against CoreRx in October 2021, I discussed with

1

another CoreRx board member named Jeff Edwards that we should not be involved in decisions related to the lawsuit filed by Azurity because we were directors for both CoreRx and Azurity. We decided that CoreRx's CEO, Ajay Damani, should proceed in the manner that he thought would be in the best interest of CoreRx. I do not remember whether I informed Mr. Damani of that decision or if Mr. Edwards had that discussion with Mr. Damani.

6.  I did not have anything to do with CoreRx's decision to enter the November 24, 2021 Settlement Agreement between CoreRx and Azurity and did not have anything to do with determining the terms of the November 24, 2021 Settlement Agreement between CoreRx and Azurity. I did not discuss with anyone from CoreRx whether CoreRx should or should not settle with Azurity or the terms of any potential settlement. I did not know CoreRx and Azurity planned to enter a settlement agreement with each other until after they entered the November 24, 2021 Settlement Agreement.

7.  In order to perform my duties as a board member of CoreRx, CoreRx's management, including Ajay Damani, provides me with information regarding the status of the company. From the time when Mr. Damani was named as CEO of CoreRx until today, I do not believe I have any knowledge regarding CoreRx that Mr. Damani does not also possess.

8.  I serve as one of five partners at QHP Capital ("QHP"), formerly part of NovaQuest Capital Management. I am one of the people in charge of transaction origination and execution and investment policy for QHP. I sit on the Private Equity Investment Committee for QHP. It would be burdensome both for me personally and for QHP for me to prepare for and attend a deposition in this action.

9.  I reside in and my office is in North Carolina.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2023.

                                                                            *Vern Davenport (Jan 27, 2023 14:46 EST)*

                                                                                         Vern Davenport