```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BIONPHARMA INC,

                            **Plaintiff,**                         **21-CV-10656 (JGK)(VF)**

           -against-                                    **ORDER**

CORERX, INC.,

                         **Defendants.**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

     For the reasons stated at the conference on February 14, 2023, Defendant CoreRX's motion for a protective order, quashing the deposition notices issued by Plaintiff Bionpharma to two members of CoreRx's Board of Directors, is granted. The Clerk of Court is directed to terminate the letter motion at ECF No. 181. Additionally, counsel for Bionpharma is directed to meet and confer with counsel for Azurity Pharmaceuticals to coordinate the deposition of Mr. Patel on the one common issue between the litigation in this Court and Bionpharma's litigation with Azurity in Delaware—specifically, the lawsuit and settlement involving CoreRx. By Friday, February 17, 2023, the parties will inform the Court (1) whether service of the subpoena on Mr. Khanna was completed, and (2) whether Bionpharma and Azurity have agreed to a time limit for Mr. Patel's deposition.

**SO ORDERED.**

DATED:   New York, New York
         February 14, 2023

                                                             _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge