```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
BIONPHARMA INC.,
                                           21-cv-10656 (JGK)
                    Plaintiff,
                                           ORDER
        - against -

CORERX, INC.,

                    Defendant.
―――――――――――――――――――――――――――――――――
```

JOHN G. KOELTL, District Judge:

A telephone conference is scheduled for **March 15, 2023** at **11:00a.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.
Dated:   New York, New York
         March 10, 2023

                                  _____/s/ John G. Koeltl_____
                                        John G. Koeltl
                                  United States District Judge