# NORTON ROSE FULBRIGHT

March 9, 2023

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
United States

**VIA ECF**
The Honorable John G. Koeltl
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Mark A. Robertson**
Partner
Direct line +1 212 318 3304
Mark.robertson@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

Re: *Bionpharma Inc. v. CoreRx, Inc.*, Case 1:21-cv-10656-JGK-VF (S.D.N.Y.)

Dear Judge Koeltl:

I am the lead lawyer for Defendant CoreRx, Inc. ("CoreRx").

Yesterday, the Court set a pre-motion conference to discuss a motion for partial summary judgment by CoreRx for March 15, 2023, at 12 noon. (Dkt. 201.) Because I will be on a flight from London to Newark at that time, CoreRx requests that the conference be adjourned until another time. I have conferred with counsel for Plaintiff Bionpharma Inc. and have been advised that they would be available on Thursday or Friday, March 16 and 17, 2023, if the Court were available.

Bionpharma does not oppose this request. No other request for an adjournment of this conference has been requested.

Thank you for your consideration.

Respectfully submitted,

*/s/ Mark A. Robertson*
Mark A. Robertson

*The matter will be adjourned to Thursday, March 16, 2023 at 11:00am.*

*SO ORDERED.*

*/s/ John G. Koeltl*
3/13/23.   USDJ

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.