UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIONPHARMA INC.,

           Plaintiff,

  - against -

CORERX, INC.,

           Defendant.

21-cv-10656 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed during today's conference, CoreRx's request to file a motion for partial summary judgment with respect to Bionpharma's claim for lost profits, see ECF No. 200, is **denied**. The parties are reminded that they should submit a joint pre-trial order, together with proposed findings of fact and conclusions of law, by **April 7, 2023**.

SO ORDERED.

Dated:   New York, New York
          March 16, 2023

                                      John G. Koeltl
                                United States District Judge