**NORTON ROSE FULBRIGHT**

March 28, 2023

**VIA ECF**
The Honorable John G. Koeltl
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
United States

**Anthony Lauriello**
**Senior Associate**
Direct line +1 212 318 3093
Anthony.lauriello@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

Re: *Bionpharma Inc. v. CoreRx, Inc.*, Case 1:21-cv-10656-JGK-VF (S.D.N.Y.)

Dear Judge Koeltl:

I write jointly on behalf of Bionpharma Inc. and CoreRx, Inc. regarding a number of logistical issues in anticipation of the bench trial in the above-referenced action (the "Action") that is scheduled on 48 hours' notice beginning May 5, 2023, and in advance of the Joint-Pre-Trial Order to be filed by April 7, 2023. (Dkt. 173.)

**Identification of Exhibits**. The parties propose that Joint Exhibits be numbered 1-100, that exhibits for Bionpharma be numbered 101-199 and that exhibits for CoreRx be numbered 200 and above. The parties anticipate that the actual number of exhibits will be below 200.

**Witnesses**. Subject to the Court's approval, the parties propose that the deposition testimony of Christopher Doerr on behalf of non-party AmerisourceBergen be allowed to be used at trial. If the Court consents to the above, the parties agree not to object to the deposition testimony on the grounds that Mr. Doerr was required to appear in-person and give live testimony.

**Trial Date**. Given that witnesses and counsel are traveling from out-of-state, to the extent the Court is able, the parties respectfully request that the Court set a trial date when practicable.

Respectfully submitted,

*/s/ Anthony Lauriello*

Anthony Lauriello

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.