# NORTON ROSE FULBRIGHT

April 7, 2023

**VIA ECF**
The Honorable John G. Koeltl
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
United States

**Anthony Lauriello**
Senior Associate
Direct line +1 212 318 3093
Anthony.lauriello@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

Re: *Bionpharma Inc. v. CoreRx, Inc.*, Case No. 1:21-cv-10656-JGK-VF (S.D.N.Y.)

Dear Judge Koeltl:

Pursuant to the Court's May 9, 2022 Protective Order (Dkt. 137) and Your Honor's Individual Practice Rule VI.A.2, Defendant CoreRx, Inc. ("CoreRx") hereby requests leave to file under seal references to pricing, purchasing forecasts, and transfer costs contained in CoreRx's Proposed Findings of Fact and Conclusions of Law that reflect information Plaintiff Biopharma Inc. ("Bionpharma") has designated Confidential or Highly Confidential.

On April 7, 2023, I spoke with Brian Murray, counsel for Biopharma. Bionpharma asked that we seal information reflecting Bionpharma's prices, forecasts, and transfer costs. I informed Mr. Murray that, pursuant to the Court's Individual Practice Rule VI.A.2, Bionpharma will have three days to submit a letter explaining its need to seal or redact the materials.

CoreRx takes no position on whether the information described above should or should not be sealed or redacted.

Respectfully submitted,

/s/ *Anthony Lauriello*

Anthony Lauriello

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
4/10/23

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.