UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────
BIONPHARMA INC.,

              Plaintiff,

    - against -

CORERX, INC.,

              Defendant.
───────────────────────────────

21-cv-10656 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff may respond to the defendant's motion in limine, ECF No. 233, by **May 8, 2023**.

    The parties are directed to appear for a final pre-trial conference on **May 17, 2023, at 4:30 P.M.**

    Dial in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            May 1, 2023

                                      _____
                                          John G. Koeltl
                                United States District Judge