# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Charles A. Weiss
+1 212-513-3551
Charles.Weiss@hklaw.com

May 3, 2023

By ECF

Hon. John G. Koeltl
U.S. District Court
500 Pearl St.
New York, NY 10007-1312

*This case is stayed until May 31, 2023.*

*So ordered.*
*/s/ John G. Koeltl USDJ*
*5/4/23*

Re:   Bionpharma Inc. v. CoreRx, Inc., Civil Action No. 21-10656-JGK-VF

Dear Judge Koeltl:

We represent plaintiff Bionpharma in the above-referenced case.

I write on behalf of both parties to advise the Court of their pending settlement of this matter, and to request a stay or suspension of dates pending consummation of the settlement, which will occur before month end. Upon consummation of the settlement, the parties will file a stipulation of dismissal with prejudice, and proposed consent order releasing the bond that Bionpharma submitted as security for the preliminary injunction.

Mr. Robertson, counsel for defendant CoreRx, has reviewed this letter in draft and authorized me to represent that CoreRx joins in this request.

On behalf of both parties, counsel thank the Court for its time and efforts in connection with this case.

Respectfully yours,

/s Charles Weiss

Charles A. Weiss

cc: All counsel of record (by ECF)