UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIONPHARMA INC., <br><br> Plaintiff, <br><br> v. <br><br> CORERX, INC., <br><br> Defendant. | Case No. 1:21-cv-10656-JGK-VF |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AND CONSENT ORDER DISCHARGING INJUNCTION BOND

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action and all claims and counterclaims asserted therein shall be and hereby are DISMISSED WITH PREJUDICE and without costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

This matter having been dismissed, it is stipulated and agreed, subject to approval by the Court, that the Injunction Bond posted by plaintiff Bionpharma as principal and Liberty Mutual Insurance Company as surety (ECF No. 110) is released, and said surety is discharged.

SO ORDERED:

5/15/23 _/s/ John G. Koeltl_
JOHN G. KOELTL, U.S.D.J.

Date: May 15, 2023

_[signature]_
HOLLAND & KNIGHT LLP
Charles A. Weiss
Marisa Marinelli
31 West 52nd Street
New York, NY 10019
T: (212) 513-3200

Brian P. Murray
150 North Riverside Plaza
Chicago, IL 60606

*Attorneys for Plaintiff, Bionpharma Inc.*

Date: May 15, 2023

/s Mark A. Robertson
NORTON ROSE FULBRIGHT US LLP
Mark A. Robertson
Anthony Lauriello
Matthew Niss
1301 Avenue of the Americas
New York, NY 10019
T: (212) 318 3000

*Attorneys for Defendant, CoreRx, Inc.*